IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-MJ-1133-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | ORDER |
| ) | |
| LARRY D. MEDLIN | |

**IT IS ORDERED that defendant appear before this court at 8:30 a.m. on October 1, 2014 at the United States Courthouse, 2 Princess Street, Wilmington, North Carolina,** to show cause why defendant should not be held in criminal contempt on the grounds that defendant failed to appear on August 6, 2014 for arraignment and sentencing of Violation Number 2315916 EC14 or pay in advance the collateral amount of $175.00. Defendant's payment of the collateral amount of $175.00 before October 1, 2014 will, however, obviate the requirement that defendant appear. Said payment shall be made by mailing a check or money order to the U.S. District Court Clerk's Office, 2 Princess Street Room 239, Wilmington, NC 28401.[1] If defendant fails to pay the collateral amount, or to appear in court as herein ordered, a warrant for defendant's arrest may be issued.

SO ORDERED, this the 20th day of August, 2014.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge

---

[1] Payment may also be made by calling the Clerk's Office between the hours of 8:30am and 4:30pm at 910-815-4663.